WILLIAM R. TAMAYO, #084965(CA)
JONATHAN T. PECK, #12303 (VA)
EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5622
Facsimile : (415) 625-5657
Evangelina.Hernandez@eeoc.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> and <br><br> KMAN. PARTNERS d/b/a QUALITY INN PT. RICHMOND; PT. RICHMOND MANAGEMENT, INC.; GONDO LYSTIO d/b/a DAYS INN PT. RICHMOND; and DAYS INNS WORLDWIDE, INC., <br>           Defendants. | CIVIL ACTION NO.:  **C 07-01805BZ** <br><br> [~~PROPOSED~~] **ORDER GRANTING MOTION AND APPLICATION TO CONTINUE THE INITIAL CASE INITIAL MANAGEMENT CONFERENCE AND RESET DEADLINES TO A LATER DATE AND [~~PROPOSED~~] ORDER** |

    Plaintiff EEOC's Motion and Application to Continue the Initial Case Management Conference and Reset Deadlines to a Later Date is hereby GRANTED.  The Initial Case Management Conference (CMC) will be held on  September 10, 2007 at 4:00 p.m. in Courtroom G. 15th Floor, San Francisco.  The ADR deadlines will be moved to __August 20th__ and the last

**[PROPOSED] Order Granting EEOC's  Motion and Application to Continue the Initial**
**Case Management Conference and Reset Other Deadlines.**

1

1  day to file Rule 26(f) Report will be reset to__ Sept. 3, 2007 __.

2          It is so ORDERED.

3

4  Dated: June __27__, 2007                 _____
                                            THE HONORABLE BERNARD ZIMMERMAN
5                                           Magistrate Judge



**[PROPOSED]** Order Granting EEOC's Motion and Application to Continue the Initial
Case Management Conference and Reset Other Deadlines.

2