WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
SANYA HILL MAXION, SBN 18739 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5650
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>　v.<br><br>KMAN. PARTNERS d/b/a QUALITYINN PT. RICHMOND; PT. RICHMOND MANAGEMENT, INC.; GONDO LYSTIO d/b/a DAYS INN PT. RICHMOND; DAYS INNS WORLDWIDE, INC.,; NARESH PATEL d/b/a QUALITY INN PT. RICHMOND; RAJENDRA PATEL d/b/a QUALITY INN PT. RICHMOND; ASHOK PATEL d/b/a QUALITY INN PT. RICHMOND; MT. ZION ENTERPRISES INC., MAHESH D.AMIN d/b/a QUALITY INN PT. RICHMOND,<br><br>　　　　Defendant. | Case No. C 07-01805-BZ<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT **CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant Mahesh Amin (collectively, "the Parties"), through their respective counsel of record, as follows:

　　　1.　　Plaintiff filed its Third Amended Complaint on November 11, 2007;

2. Defendant Amin filed an Answer on January 29, 2008

3. Plaintiff's lead trial counsel, Sanya Hill Maxion, was recently assigned to work on this case and substituted in as counsel for Evangelina Hernandez on February 22, 2008.

4. Plaintiff is still in the process of serving other named Defendants in this action, including but not limited to KMAN Partners dba Quality Inn Point Richmond, Point Richmond Management, Inc., Gondo Lystio dba Days Inn Pt. Richmond, Naresh Patel, d/b/a Quality Inn Point Richmond, Rajendra Patel, d/b/a Quality Inn Point Richmond and Ashok Patel, d/b/a Quality Inn Point Richmond, and Mt. Zion Enterprises Inc.

5. Defendant's counsel, Scott Shibayama, is still in the process of filing the consent to proceed before a Magistrate.

6. The Initial Case Management Conference was originally scheduled to proceed before the Honorable Bernie Zimmerrnan on March 3, 2008 at 4:00 p.m.

7. Accordingly, the Parties agree that it is more efficient to allow Ms. Hill Maxion adequate time to become familiar with the case, to allow Mr. Shibayama time to file the Consent to Proceed before a Magistrate, and to have a Case Management Conference after all parties are served and have had an opportunity to appear in the matter, so that there can be a single conference wherein all parties are present. Thus, the Parties hereby request that the Court continue the Case Management Conference and other case management and ADR deadlines by approximately 45 days, with the Case

////
////
////
////
////
////
////

1 | Management Conference proceeding on May 5, 2008 at 4:00 p.m., or as soon thereafter
2 | as is convenient for the Court.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____//S//_____
Sanya Hill Maxion
*Attorneys for Plaintiff*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

VISION LAW CORPORATION

By: _____//S//_____
Scott T. Shibayama
*Attorney for Defendant*
MAHESH AMIN

Case Management Conference continued to May 5, 2008

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: February 28, 2008

_____*Bernard Zimmerman*_____
Honorable Bernard Zimmerrnan

**C 07-01805-BZ**
**STIPULATION & ORDER TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**