1  WILLIAM R. TAMAYO, SBN 084965 (CA)
   JONATHAN T. PECK, SBN 12303 (VA)
2  SANYA HILL MAXION, SBN 18739 (WA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5650
5  Fax No. (415) 625-5657

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   EQUAL EMPLOYMENT                    Case No. C 07-01805-BZ
12 OPPORTUNITY COMMISSION,

13         Plaintiff,                  STIPULATION AND ORDER TO
       v.                              CONTINUE CASE MANAGEMENT
14                                     CONFERENCE

15 KMAN. PARTNERS d/b/a
   QUALITYINN PT. RICHMOND; PT.
16 RICHMOND MANAGEMENT, INC.;
   GONDO LYSTIO d/b/a DAYS INN PT.
17 RICHMOND; DAYS INNS
   WORLDWIDE, INC.,; NARESH
18 PATEL d/b/a QUALITY INN PT.
   RICHMOND; RAJENDRA PATEL
19 d/b/a QUALITY INN PT.
   RICHMOND; ASHOK PATEL d/b/a
20 QUALITY INN PT. RICHMOND; MT.
   ZION ENTERPRISES INC., MAHESH
21 D.AMIN d/b/a QUALITY
   INN PT. RICHMOND,
22
           Defendant.
23

24     IT IS HEREBY STIPULATED by and between Plaintiff U.S. Equal Employment

25 Opportunity Commission ("Plaintiff") and Defendant Mahesh Amin (collectively, "the

26 Parties"), through their respective counsel of record, as follows:

27     1.    Plaintiff filed its Third Amended Complaint on November 11, 2007;

28
   C 07-01805BZ
   STIPULATION AND ORDER TO
   CONTINUE CASE MANAGEMENT

2. Defendant Amin filed an Answer on January 29, 2008

3. Plaintiff is still in the process of serving other named Defendants in this action, including but not limited to KMAN Partners dba Quality Inn Point Richmond, Point Richmond Management, Inc., Gondo Lystio dba Days Inn Pt. Richmond, Naresh Patel, d/b/a Quality Inn Point Richmond, Rajendra Patel, d/b/a Quality Inn Point Richmond and Ashok Patel, d/b/a Quality Inn Point Richmond, and Mt. Zion Enterprises Inc.

4. The parties have agreed to attempt to resolve this case through early settlement and are about to commence settlement negotiations.

5. The Initial Case Management Conference was originally scheduled to proceed before the Honorable Bernie Zimmerman on May 5, 2008 at 4:00 p.m.

6. Accordingly, the Parties agree that it is more efficient and cost effective to allow the parties to attempt to resolve this case through settlement and, if the case cannot be settled, to have a Case Management Conference after all parties are served and have had an opportunity to appear in the matter, so that there can be a single conference wherein all parties are present. Thus, the Parties hereby request that the Court continue the Case Management Conference and other case management and ADR deadlines by approximately 45 days, with the Case

/////
/////
/////
/////
/////
/////
/////
/////
/////

C 07-01805-BZ
STIPULATION & ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

1  with the Case Management Conference proceeding on June 23, 2008 at 4:00 p.m., or as
2  soon thereafter as is convenient for the Court.
3
4                                    EQUAL EMPLOYMENT OPPORTUNITY
                                     COMMISSION
5
6
                                     By:      //S//
7                                          Sanya Hill Maxion
                                           *Attorneys for Plaintiff*
8                                          EQUAL EMPLOYMENT
                                           OPPORTUNITY COMMISSION
9
10
                                     VISION LAW CORPORATION
11
12                                   By: [signature]
13                                         Scott T. Shibayama
                                           *Attorney for Defendant*
14                                         MAHESH AMIN
15
...
25
        GOOD CAUSE APPEARING, IT IS SO ORDERED:
26
27  Dated: April  25 , 2008          [signature]
                                     Honorable Bernard Zimmerman
28

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]

C 07-01805-BZ
STIPULATION & ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE