1  WILLIAM R. TAMAYO, SBN 084965 (CA)
   JONATHAN T. PECK, SBN 12303 (VA)
2  SANYA HILL MAXION, SBN 18739 (WA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5650
5  Fax No. (415) 625-5657

6  Attorneys for Plaintiff

7  SCOTT T. SHIBAYAMA, SBN 173571 (CA)
   VISION LAW CORPORATION
8  1380 Lead Hill Blvd., Ste. 106
   Roseville, CA 95661
9  916.780.1920 (T)
   916.780.1921 (F)
10
   Attorneys for Defendant Mahesh Amin
11

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. C 07-01805-BZ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING FINALIZATION OF SETTLEMENT |
| KMAN. PARTNERS d/b/a QUALITYINN PT. RICHMOND; PT. RICHMOND MANAGEMENT, INC.; GONDO LYSTIO d/b/a DAYS INN PT. RICHMOND; DAYS INNS WORLDWIDE, INC.,; NARESH PATEL d/b/a QUALITY INN PT. RICHMOND; RAJENDRA PATEL d/b/a QUALITY INN PT. RICHMOND; ASHOK PATEL d/b/a QUALITY INN PT. RICHMOND; MT. ZION ENTERPRISES INC., MAHESH D.AMIN d/b/a QUALITY INN PT. RICHMOND, | |
| Defendant. | |

C 07-01805BZ
STIPULATION AND ORDER TO
CONTINUE CASE MANAGEMENT

1 | IT IS HEREBY STIPULATED by and between Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant Mahesh Amin (collectively, "the Parties"), through their respective counsel of record, as follows:

WHEREAS, the parties agreed to a tentative settlement on August 6, 2008 and need an additional thirty (30) days to finalize a Consent Decree in this matter.

WHEREAS, the parties would like to avoid the expense and inconvenience of litigating this case at the same time the parties are finalizing the terms of the settlement.

THEREFORE, the parties stipulate to and request a continuance of the Case Management Conference from August 18, 2008 to September 29, 2008 with the Joint Case Management Conference Statement due September 22, 2008 to allow the parties to finalize the terms of the settlement in good faith. The parties also respectfully request that the ADR deadlines be postponed relative to the new Case Management Conference being set. The parties agree to comply with the ADR requirements as set forth in the local rules on or before the continued Case Management Conference on September 29, 2008. The parties also request that the current Order dated June 26, 2008 be vacated.

Dated: August 7, 2008

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


By: _____//S//_____
Sanya Hill Maxion
*Attorneys for Plaintiff*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


VISION LAW CORPORATION


By: _____//S//_____
Scott T. Shibayama
*Attorney for Defendant*
MAHESH AMIN

C 07-01805-BZ
**STIPULATION & ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

1
2   GOOD CAUSE APPEARING, IT IS SO ORDERED:
3
4   Dated:  August __8__, 2008                    _____
                                                   Honorable Bernard Zimmerman
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24
25
26
27
28

**C 07-01805-BZ**
**STIPULATION & ORDER TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**